UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR WEST,<br><br>                Plaintiff,<br><br>    v.<br><br>STEPHEN L. JOHNSON, U.S. EPA ADMINISTRATOR, U.S. SECRETARY OF COMMERCE, WASHINGTON STATE DEPARTMENT OF ECOLOGY, STATE OF WASHINGTON, PORT OF OLYMPIA, CITY OF OLYMPIA, WEYERHAEUSER, LOTT, FEDERAL RAILROAD ADMINISTRATION,<br><br>                Defendants. | CASE NO. C08-5741RJB<br><br>ORDER ON MOTIONS TO STAY DISCOVERY AND DEADLINE |

       This matter comes before the Court on Defendants Lisa P. Jackson, Administrator U.S. Environmental Protection Agency; Gary Locke, Secretary, U.S. Department of Commerce; and Karen Rae, Deputy Administrator, Federal Railroad Administration, U.S. Department of Transportation's ("Federal Defendants") Motion to Stay Discovery Pending Ruling on Dispositive Motion (Dkt. 43), Defendant Washington State Department of Ecology's Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. 53), Defendant City of Olympia's Motion to Stay Discovery (Dkt. 55), Defendant Lott's Joinder in Co-Defendant City of Olympia's Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. 57), and the Federal Defendant's Motion to Stay Deadline for Rule 26 Initial Disclosures (Dkt. 49). The Court has considered the

ORDER
Page 1

pleadings filed and the file herein.

The Federal Defendants state that they seek to stay discovery until their motion to dismiss, brought pursuant to Fed. R. Civ. P. 12, is decided. Dkt. 43. Defendant Washington State Department of Ecology states that it seeks a stay of discovery until it's motion to dismiss, brought under Fed. R. Civ. P. 12 (b) is decided. Dkt. 53. It alleges that it will raise Eleventh Amendment immunity defenses. *Id*. Both the Federal Defendants and Washington State Department of Ecology state that their motions to dismiss will be filed the week of June 15, 2009. Dkts. 43, and 53. Defendant City of Olympia, joined by Defendant Lott, state that they seek a stay of discovery until after their Motions to Dismiss (Dkts. 54 and 56), brought pursuant to Fed. R. Civ. P. 12 (b) are decided. Dkts. 55 and 57. The Federal Defendants' Motion to Stay the Rule 26 Initial Disclosures Deadline (Dkt. 49) seeks a stay until after a decision is made on their Motion to Dismiss.

Plaintiff opposes these motions arguing that they are contrary to the requirements of Fed. R. Civ. P. 56. Dkt. 59. He argues that Defendants' conduct is sanctionable. *Id.*

The various Defendants' motions to stay discovery (Dkts. 43, 53, 55, and 57) and the Federal Defendants' Motion to Stay the Rule 26 Initial Disclosures Deadline (Dkt. 49) should be granted. Unlike a Fed. R. Civ. P. 56 Motion for Summary Judgment, it appears that each of the Defendants' Motions to Dismiss, based upon Fed. R. Civ. P. 12, will not require the production of evidence and will address questions of law. Defendants have made a sufficient showing that discovery should be stayed for a short period. Discovery should be stayed until July 24, 2009 and the Rule 26 Initial Disclosures Deadline should be reset to July 24, 2009.

Therefore, it is hereby, **ORDERED** that:

- The Federal Defendants' Motion to Stay Discovery Pending Ruling on Dispositive Motion (Dkt. 43) Defendant Washington State Department of Ecology's Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. 53), Defendant City of Olympia's Motion to Stay Discovery (Dkt. 55), Defendant Lott's Joinder in Co-Defendant City of Olympia's Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. 57), and

1  the Federal Defendant's Motion to Stay Deadline for Rule 26 Initial Disclosures (Dkt. 49)
2  **ARE GRANTED**;
3  • Discovery is **STAYED** until July 24, 2009;
4  • The Rule 26 Initial Disclosures Deadline is **RESET** to July 24, 2009; and
5  The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel
6  of record and to any party appearing *pro se* at said party's last known address.
7  DATED this 18th day of June, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

ORDER
Page 3