The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTHUR WEST,

    Plaintiff,

vs.

STEPHEN L. JOHNSON, et al.,

    Defendants.

No. 3:08-cv-05741-RJB

ORDER SUBSTITUTING WEYERHAEUSER NR COMPANY FOR WEYERHAEUSER COMPANY AS DEFENDANT

This matter came on for consideration on Weyerhaeuser Company's ("Weyerhaeuser") Motion to Substitute Weyerhaeuser NR Company for Weyerhaeuser Company as Defendant ("Motion"). Dkt. 80. Having reviewed the pleadings and other pertinent materials and information, the Court **GRANTS** Weyerhaeuser's Motion. Weyerhaeuser NR is substituted for Weyerhaeuser as the defendant herein. The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 4th day of August, 2009.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

Order -1