UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR WEST,<br><br>               Plaintiff,<br><br>   v.<br><br>STEPHEN L. JOHNSON, U.S. EPA ADMINISTRATOR, U.S. SECRETARY OF COMMERCE, WASHINGTON STATE DEPARTMENT OF ECOLOGY, STATE OF WASHINGTON, PORT OF OLYMPIA, CITY OF OLYMPIA, WEYERHAEUSER, LOTT, FEDERAL RAILROAD ADMINISTRATION,<br><br>               Defendants. | CASE NO. C08-5741RJB<br><br>ORDER GRANTING BRIEF STAY OF DISCOVERY |

      This matter comes before the Court on Defendants' Joint Motion to Extend Stay of Discovery. Dkt. 98. The Court has considered the pleadings filed in support of and in opposition to the motion and the file herein.

      On December 12, 2008, Plaintiff, *pro se,* filed this suit asserting claims under several federal and state statutes. Dkt. 1. Plaintiff broadly asserts that some or all the Defendants have violated the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq.*, the Coastal Zone Management Act ("CZMA"), 16 U.S.C. § 1451 *et seq.*, and the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 *et seq. Id.*

      In late May 2009, Defendants filed motions to stay discovery until after a decision could

ORDER
Page 1

1 | be made in their motions to dismiss. Dkts. 43, 49, 53, 55, and 57. Defendants' motions to stay
2 | discovery was granted. Dkt. 70. Discovery was stayed until July 24, 2009. *Id.*

3 |     Plaintiff filed a Notice of Appeal of an Order Denying [his] Motion for Preliminary
4 | Injunction with the Ninth Circuit Court of Appeals. Dkt. 94. Plaintiff sought appellate review of
5 | the order granting a brief stay of discovery. *Id.* On July 29, 2009, this Court found that the case
6 | should proceed on the current case schedule because Plaintiff's appeal of the Order Denying
7 | Motion for Preliminary Injunction and his appeal of the Order staying discovery did not divest this
8 | Court of jurisdiction. Dkt. 107.

9 |     There are several Motions to Dismiss (Dkts. 54, 56, 68, 69, and 78) which are now ripe.
10 | Defendants now move for an order continuing the stay of discovery until 30 days after their
11 | various Motions to Dismiss are decided. Dkt. 98. Upon cursory review of the pending Motions
12 | to Dismiss, all of which are brought pursuant to Fed. R. Civ. P. 12, no discovery appears required
13 | to respond to them. Defendants have made a sufficient showing that the stay of discovery should
14 | be extended for a short period.

15 |     Therefore, it is hereby, **ORDERED** that:
16 | •     Defendants' Motion to Continue the Stay of Discovery (Dkt. 98) is **GRANTED**;
17 | •     Discovery is **STAYED UNTIL SEPTEMBER 11, 2009**;

18 |     The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel
19 | of record and to any party appearing *pro se* at said party's last known address.

20 |     DATED this 4th day of August, 2009.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge